479 A.2d 1127

Commonwealth, Appellant (at No. 1113), v. White.

Commonwealth, Appellant (at No. 1120), v. Fanase.

Herman J. Bigi, District Attorney, for Commonwealth, appellant; Robert N. Clarke, for White, appellee (at No. 1113); Sanford S. Finder, for Fanase, appellee (at No. 1120).

Before ROWLEY, WIEAND and HESTER, JJ.

Orders affirmed.

479 A.2d 1127

Commonwealth v. Young, Appellant.

Submitted April 30, 1984. Glenn D. Welsh, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.